IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. WILSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. et al.,<br><br>　　　　Defendants. | No. C 11-00735 CRB<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Defendants have filed a Motion to Dismiss in this case. See dkt. no. 6. That motion was calendared to be heard on Friday, May 6. Plaintiff's Opposition was therefore due on April 15, 2011. See Civil Local Rule 7-3. Plaintiff has not filed an Opposition. In response to a telephone call from this Court, Plaintiff represented that he did not intend to file an Opposition, nor to appear at the motion hearing. Accordingly, the Court VACATES the hearing and DISMISSES the case with prejudice for failure to prosecute, per Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 22, 2011

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\735\order re failure to prosecute.wpd