IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. et al.,<br><br>    Defendants.<br>_____/ | No. C 11-00735 CRB<br><br>**JUDGMENT** |

    Having dismissed the case for failure to prosecute, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: April 22, 2011

                                              CHARLES R. BREYER<br>                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\735\judgment.wpd